IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CANDACE SEARCY, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:21-CV-02542-E-BK |
| | § | |
| SENDERA TITLE, | § | |
|     DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed a "Motion to Remand to State Court or Continue Based on Evidence," which the Court construes as an objection to the Magistrate Judge's findings, conclusions and recommendation. The Court has made a *de novo* review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendants' motion, Doc. 9, is **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED** this 17 day of May, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE